RONALD H. FARAH, an Infant, by FRANCES FARAH, His Guardian ad Litem, Appellant, *v.* HENRY FARAH, Respondent.

Submitted April 21, 1952; decided April 23, 1952.

Motion to amend remittitur denied, with $10 costs. [See 303 N. Y. 865.]